NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARAKSI SEROPOVNA TOKRAMADZHYAN, AKA Araksi Seropovna Tokramdzhyan, <br><br> Petitioner, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General, <br><br> Respondent. | No.   15-71369 <br><br> Agency No. A028-137-853 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 23, 2017**

Before:    McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

Araksi Seropovna Tokramadzhyan, a native and citizen of Armenia,

petitions for review of an immigration judge's ("IJ") determination under 8 C.F.R.

§ 1208.31(a) that she did not have a reasonable fear of persecution or torture and

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

thus is not entitled to relief from her reinstated removal order. We have jurisdiction under 8 U.S.C. § 1252. *See Martinez v. Sessions*, No. 14-70339, 2017 WL 4552543 (9th Cir. Oct. 12, 2017). We review for substantial evidence the IJ's factual findings, *Andrade-Garcia v. Lynch*, 828 F.3d 829, 833 (9th Cir. 2016), and we deny the petition for review.

Substantial evidence supports the IJ's conclusion that Tokramadzhyan failed to establish a reasonable possibility of future persecution in Armenia on account of a protected ground. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1185 (9th Cir. 2003) (to qualify for withholding of removal, a petitioner must show that it is more probable than not that she would suffer future persecution); *see also Nagoulko v. INS*, 333 F.3d 1012, 1018 (9th Cir. 2003) (possibility of future persecution "too speculative").

Substantial evidence also supports the conclusion that Tokramadzhyan failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the Armenian government. *See Andrade-Garcia*, 828 F.3d at 836-37.

The government's unopposed motion to supplement the administrative record (Docket Entry No. 14) is granted.

**PETITION FOR REVIEW DENIED.**

15-71369